## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **CRYSTAL MALDONADO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **DICELLO LEVITT GUTZLER, LLC,** | § | |
| an Ohio Limited Liability Company; | § | **EP-22-CV-00343-FM** |
| **LINVILLE LAW GROUP, LLC,** a | § | |
| Georgia Limited Liability Company; | § | |
| **INTAKE DIRECT LLC,** a Georgia | § | |
| Limited Liability Company; and | § | |
| **GUARDIAN LEGAL GROUP LLC** | § | |
| a/k/a **GUARDIAN LEGAL NETWORK,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT AND DISMISSAL

Before the court is "Stipulation of Dismissal with Prejudice" [ECF No. 22], filed January 3, 2023, by the parties. A plaintiff may voluntarily dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared," the effect of which is dismissal without prejudice unless the stipulation states otherwise.[1] Accordingly:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

2. All pending motions, if any, are **DENIED AS MOOT.**

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this _3rd_ day of **January 2023.**

**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

---

[1] FED. R. CIV. P. 41(a)(1).